IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, LLC, a Pennsylvania limited liability company, INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware corporation, and IPR LICENSING, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, FUTUREWEI TECHNOLOGIES, INC. D/B/A HUAWEI TECHNOLOGIES (USA) AMERICA, a Texas corporation, NOKIA CORPORATION, a Finnish corporation, NOKIA INC., a Delaware corporation, ZTE CORPORATION, a Chinese corporation, ZTE (USA) Inc., a New Jersey corporation, <br><br> Defendants. | C.A. No. 11-654-MSG |

## MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659

1.      This motion to stay is being filed pursuant to 28 U.S.C. § 1659.

2.      Plaintiffs filed their Complaint against Huawei Technologies Co., Ltd, Futurewei Technologies, Incorporated, Nokia Corporation, Nokia Incorporated, ZTE Corporation, and ZTE (USA) Incorporated (collectively "Defendants") in this case on July 26, 2011, asserting infringement of United States Patent No. 7,349,540 ("the '540 Patent"), United States Patent No. 7,502,406 ("the '406 Patent"), United States Patent No. 7,536,013 ("the '013 Patent"), United States Patent No. 7,616,970 ("the '970 Patent"), United States Patent No. 7,706,332 ("the '332 Patent"), United States Patent No. 7,706,830 ("the '830 Patent"), and United States Patent No. 7,970,127 ("the '127 Patent").

3.     On July 26, 2011, Plaintiffs filed a Complaint under Section 337 of the Tariff Act of 1930 (As Amended) with the U.S. International Trade Commission alleging infringement of the same seven patents at issue in this case: United States Patent Nos. 7,349,540, 7,502,406, 7,536,013, 7,616,970, 7,706,332, 7,706,830, and 7,970,127.  Plaintiffs' ITC Complaint was filed against the same Defendants.

4.     On August 25, 2011, the ITC instituted an Investigation, No. 337-TA-800, regarding Plaintiffs' Complaint.  *See* Exhibit A (attaching the letter received by the Defendants; all parties received the same letter).

5.     Section 1659 provides that where "a civil action involving the parties that are also parties to a proceeding before the International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission" if such a request is made within 30 days.  28 U.S.C. § 1659(a).  This stay is mandatory.

6.     Plaintiffs have (1) alleged infringement of the same seven patents in both the ITC proceeding and in this district court action against same Defendants, who are also (2) named Respondents in the parallel ITC proceeding.  This district court action, therefore, involves "claim[s] that involve[] the same issues involved in the proceeding before the Commission" and this request for a stay is made by parties to this civil action that are also respondents in the proceeding before the Commission, as required by 28 U.S.C. § 1659(a).

7.     On September 23, 2011, counsel for Plaintiffs indicated that Plaintiffs have not taken a position on this Motion.

For all the foregoing reasons, Huawei Technologies Co., Ltd, Futurewei Technologies, Incorporated, Nokia Corporation, Nokia Incorporated, and ZTE (USA) Incorporated respectfully request that the Court stay this action as to all parties pursuant to 28 U.S.C. § 1659(a).[1]  A proposed Order granting this Motion is submitted herewith for the Court's convenience.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jack B. Blumenfeld* | */s/ Monté T. Squire* |
| Jack B. Blumenfeld (No. 1014) | Adam Wyatt Poff (No.3990) |
| 1201 North Market Street | Monté T. Squire (No. 4764) |
| Wilmington, DE 19899 | The Brandywine Building |
| (302) 351-9291 | 1000 West Street, 17th Floor |
| *jblumenfeld@mnat.com* | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| *Attorneys for Defendants Nokia Corp. and* | *apoff@ycst.com* |
| *Nokia Inc.* | *msquire@ycst.com* |
| | |
| | *Attorneys for Defendants Huawei Technologies* |
| | *Co., Ltd. and Futurewei Technologies, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7705
*farnan@rlf.com*

*Attorneys for Defendant ZTE (USA) Inc.*

Dated: September 23, 2011

---

[1] The undersigned parties do not believe that the ITC is the proper forum to investigate the patents that have been asserted in this case.  In the event that position is successfully maintained (including through any appellate process) it may be appropriate to lift this stay.

# CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on September 23, 2011, I

caused to be electronically filed a true and correct copy of the foregoing document with

the Clerk of the Court using CM/ECF, which will send notification that such filing is

available for viewing and downloading to the following counsel of record:

> Neal C. Belgam (No. 2721)
> Melissa N. Donimirski (No. 4701)
> PROCTOR HEYMAN LLP
> 300 Delaware Avenue, Suite 200
> Wilmington, DE 19801
> (302) 472-7300
> nbelgam@proctorheyman.com
> mdonimirski@proctorheyman.com

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> jblumenfeld@mnat.com

> Kelly E. Farnan, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
> farnan@rlf.com

I further certify that on September 23, 2011, I caused a true and correct copy of

the foregoing document to be served by e-mail on the above-listed counsel of record and

on the following:

> Neal C. Belgam (No. 2721)
> Melissa N. Donimirski (No. 4701)
> PROCTOR HEYMAN LLP
> 300 Delaware Avenue, Suite 200
> Wilmington, DE 19801

(302) 472-7300
*nbelgam@proctorheyman.com*
*mdonimirski@proctorheyman.com*

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*jblumenfeld@mnat.com*

Kelly E. Farnan, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*farnan@rlf.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Monté T. Squire*
_____
Adam Wyatt Poff (No. 3990)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
msquire@ycst.com

*Attorneys for Defendants Huawei
Technologies Co. Ltd. And Futurewei
Technologies, Inc.*