**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, LLC, : <br> INTERDIGITAL TECHNOLOGY           : <br> CORPORATION, and IPR LICENSING, INC., : <br>                                    : <br>    Plaintiffs,                     : <br>                                    : <br>        v.                          : <br>                                    : <br> HUAWEI TECHNOLOGIES CO., LTD.,     : <br> FUTUREWEI TECHNOLOGIES, INC. d/b/a : <br> HUAWEI TECHNOLOGIES (USA)          : <br> AMERICA, NOKIA CORPORATION, NOKIA  : <br> INC., ZTE CORPORATION, and ZTE (USA) : <br> INC. LG ELECTRONICS, INC., LG       : <br> ELECTRONICS USA, INC., LG           : <br> ELECTRONICS MOBILECOMM USA, INC.,  : <br>                                    : <br>    Defendants.                     : | C.A. No. 11-654 RGA |

**STIPULATION OF DISMISSAL WITH RESPECT TO HUAWEI DEFENDANTS**

WHEREAS, InterDigital has entered into a binding settlement agreement and agreement to arbitrate with Huawei, which arbitration should ultimately resolve the disputes raised in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED that Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc. d/b/a Huawei Technologies (USA) America (collectively "Huawei") and InterDigital Communications, LLC, InterDigital Technology Corporation, and IPR Licensing, Inc. (collectively "InterDigital"), by and through their undersigned counsel, stipulate to a dismissal without prejudice of all claims and counterclaims by and between InterDigital and Huawei, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Neal C. Belgam* | */s/ Adam W. Poff* |
| Neal C. Belgam (No. 2721) | Martin S. Lessner (No. 3109) |
| 800 Delaware Avenue, Suite 1000 | Adam W. Poff (No. 3990) |
| P.O. Box 410 | Monte T. Squire (No. 4764) |
| Wilmington, DE 19899 | 1000 North King Street |
| 302.504-1688 | Wilmington, DE 19801 |
| nbelgam@skjlaw.com | 302-571-6600 |
| | mlessner@ycst.com |
| *Attorneys for plaintiffs* | apoff@ycst.com |

*Attorneys for defendants Huawei Technologies Co., Ltd and Futurewei Technologies, Inc. d/b/a Huawei Technologies (USA)*

January 14, 2014

SO ORDERED this _____ day of _____, 2014.

_____
J