# SMITH KATZENSTEIN JENKINS LLP

March 13, 2017

*By ECF*

The Honorable Richard G. Andrews
U. S. District Court for the District of Delaware
844 North King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:   *InterDigital Communications LLC et al. v. Nokia Corporation et al.,*
      *C.A. No. 11-cv-00654-RGA*

Dear Judge Andrews:

The parties to the above-captioned matter ("the 654 Action") were directed to and did file status reports on October 28, 2015 (D.I. 84), December 22, 2015 (D.I. 86), March 16, 2016 (D.I. 88), June 15, 2016 (D.I. 91), September 13, 2016 (D.I. 93), and December 13, 2016 (D.I. 95) in response to the Court's Oral Orders of October 23, 2015, January 5, 2016, March 17, 2016, June 16, 2016, and September 13, 2016. (D.I. 83, D.I. 87, D.I. 89, D.I. 92, and D.I. 94). In the status reports, InterDigital requested, and Defendants did not oppose, that the current stay be maintained to allow the parties to continue to confer, without unnecessarily occupying Court or litigant time or attention in the interim. The Court most recently continued the stay through and including March 13, 2017. (D.I. 96).

The parties continue to confer, and for these reasons, InterDigital respectfully requests a continuation of the stay for another 90 days, until June 11, 2017. Although Defendants continue to be of the view that the case should be dismissed, Defendants do not oppose InterDigital's request for an additional extension of the stay up through and including June 11, 2017. The parties will provide a further status report by June 11, 2017.

Respectfully,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)

cc:   Clerk of Court
      All Counsel of Record